

# NUMBER 13-21-00344-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE KAPPMEYER

### On Petition for Writ of Mandamus.

# ORDER

### Before Justices Benavides, Longoria, and Tijerina
### Order Per Curiam

On October 11, 2021, relators Christopher S. Kappmeyer and Roxana P. Kappmeyer filed a petition for writ of mandamus through which they assert that the trial court erred by requiring the relators to join and serve all property owners in Units-1-5 of Key Allegro Estates in the underlying lawsuit. Relators have also filed an opposed motion to stay the trial court's September 21, 2021 order, and other trial court proceedings, pending resolution of this petition for writ of mandamus.

The Court, having examined and fully considered the motion to stay, is of the opinion that it should be granted. Accordingly, we grant the motion to stay and we order all trial court proceedings, including the September 21, 2021 order, to be stayed. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Key Allegro Canal and Property Owners' Association, a Texas nonprofit corporation, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten (10) days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
14th day of October, 2021.

2